**STATE of Missouri, Respondent,**

v.

**Marty L. CREW, Appellant.**

**No. WD 40982.**

Missouri Court of Appeals,
Western District.

June 27, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 1989.

Jim Lynn, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from jury conviction of receiving stolen property and sentence as a persistent offender to seven years imprisonment.

Judgment affirmed. Rule 30.25(b).